# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL MIAZZA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

VERSUS

BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

CONSOLIDATED WITH

TAYLOR GUNTER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

VERSUS

LOUISIANA STATE UNIVERSITY SYSTEM, AND OTHER AFFILIATED ENTITIES AND INDIVIDUALS MARY L. WERNER, ROBERT S. DAMPF, JAMES M. WILLIAMS, RONALD R. ANDERSON, LEE MALLETT, RICHARD E. ZUSCHLAG, JACK A. BLOSSMAN, REMY VOISIN STARNS, JIMMIE M. WOODS, GLENN ARMENTOR, VALENCIA S. JONES, B. WAYNE BROWN, PATRICK C. MORROW, RAYMOND R. MORRIS AND COLLIS B. TEMPLE

NO. 2021 CW 0750

JULY 13, 2021

---

In Re: Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 696918, 698930.

---

BEFORE: WHIPPLE, C.J., WELCH AND WOLFE, JJ.

**STAY DENIED; WRIT GRANTED WITH ORDER.** We vacate the portions of the trial court's June 11, 2021 judgment which granted the plaintiff, Michael Miazza's, Motion to Compel and denied the defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's (LSU's) Motion for Protective Order and/or to Stay Discovery. The orders applied for by these motions are not orders to which the movers are clearly entitled to, and therefore, the trial court erred in ruling on the motions without a contradictory hearing. See La. Code Civ. P. art. 963. Accordingly, this matter is remanded to the trial court with instructions to set plaintiff's Motion to Compel and defendant's Motion for Protective Order and/or to Stay Discovery for contradictory hearings.

VGW
JEW
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT